# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MONDRIC BRADLEY**                                                               **PLAINTIFF**

**V.**                        **No. 4:14CV13-DMB-JMV**

**CHRISTOPHER EPPS, ET AL.**                                    **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION [37] FOR RECONSIDERATION

This matter comes before the court on the plaintiff's motion for reconsideration of the court's order denying his motion [37] for evidentiary hearing. Interlocutory orders, such as the present one, are subject to the complete power of the court rendering them to afford such relief from them as justice requires. 7 Moore's Federal Practice ¶ 60.20 at 60–170 (2d ed. 1985). In this instance, the court dismissed the plaintiff's request for an evidentiary hearing because the entire case was dismissed over four years ago under the "three strikes" provision of the Prison Litigation Reform Act. Mr. Bradley has provided no reason in the present motion for the court to alter its ruling. As such, the plaintiff's request [37] for reconsideration is **DENIED**.

**SO ORDERED**, this, the 9th day of April, 2020.

                                                                /s/ Jane M. Virden
                                                                UNITED STATES MAGISTRATE JUDGE