# United States Court of Appeals
# for the Fifth Circuit

───────────

No. 20-60346

───────────

Mondric Bradley,

           *Plaintiff—Appellant*,

*versus*

Christopher B. Epps; Malcom McMillian; Kay Washington; Robert Sterlin,

           *Defendants—Appellees*.

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:14-CV-13

───────────────────────────────

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

    This panel previously DISMISSED the appeal for want of jurisdiction. The panel has considered Appellant's motion for reconsideration.

    IT IS ORDERED that the motion is DENIED.