# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 18, 2021
Lyle W. Cayce
Clerk

No. 20-60346

Mondric Bradley,

*Plaintiff—Appellant*,

*versus*

Christopher B. Epps; Malcom McMillian; Kay Washington; Robert Sterlin,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:14-CV-13

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

  This court must examine the basis of its jurisdiction on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this civil rights case, the plaintiff has filed a notice of appeal from the magistrate judge's April 9, 2020 order denying reconsideration of the magistrate's March 19, 2020 order denying plaintiff's motion for evidentiary hearing. Plaintiff appealed the magistrate judge's orders directly to this court without first seeking review by the district court judge as it was required to

No. 20-60346

do. *See Colburn v. Bunge Towing, Inc.*, 883 F.2d 372, 379 (5th Cir. 1989); *see also* 28 U.S.C. § 636(b)(1)(A). Accordingly, the appeal is DISMISSED for want of jurisdiction. All pending motions are DENIED.

**Certified as a true copy and issued as the mandate on Nov 24, 2021**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**